## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

Mary A. Norris           }     **Case No: 16-04139-DSC13**
     SSN: XXX-XX-2826       }
     DEBTOR(S).         }
                           }
                           }

### COURTROOM DEPUTY NOTES

| | |
|---|---|
| **Matter(s):** | RE: Doc #34; Final Hearing on Motion for Relief from Stay filed by Thomas Tutten, Attorney for Select Portfolio, Servicing, Inc. |
| **Date and Time:** | Tuesday, June 20, 2017 10:00 AM |
| **Appearances:** | Lauren Weber, attorney for Mary A. Norris  (Debtor)<br>Thomas Tutten, attorney for Select Portfolio, Servicing, Inc.<br>Charles King, Assistant Chapter 13 Trustee |
| **Courtroom Deputy:** | Shewana Callies |
| **Presiding Judge:** | D. SIMS CRAWFORD |
| **Court Notes:** | By agreement, this matter is settled and Mr. Tutten shall submit a proposed order. |

Date Prepared:06/21/2017